IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Arturo Sanchez, | ) | C/A No.  0:14-232-MGL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Warden, FCI Williamsburg, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, proceeding *pro se*, is a federal prisoner who filed pleadings which were construed as a petition for habeas relief under 28 U.S.C. § 2241 and transferred to this court by the United States District Court for the Northern District of Georgia.  ECF No. 4.  The pleadings failed to provide sufficient information for initial review; therefore, this court issued an order directing Petitioner to submit the documents necessary to bring the case into proper form for evaluation and possible service of process.  ECF No. 10.  The order warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal.  Petitioner did not respond to the order and the time for response has lapsed.  As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/Mary G. Lewis
United States District Judge

March 19, 2014
Spartanburg, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.